E. Michael Garrett, Jr., Esq. (8913)
BARRETT LAZAR, LLC
145 West Passaic Street
Maywood, New Jersey  07607
Tel.:  201-843-5900
Attorneys for Defendants,
ROWE MACHINERY, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------------X
JEAN R. DESIR and WILENE DESIR
(h/w),

|  | Civil Action No. |
| --- | --- |
| Plaintiffs, | |
| vs. | |
| KENNIE REID, ROWE MACHINERY, INC., ABC COMPANIES 1-5 (fictitious designations), DEF CORPS 1-5 (fictitious designations), XYZ ENTITIES 1-5 (fictitious designations) and JOHN DOES 1-10 (fictitious designations) | **NOTICE OF FILING OF NOTICE OF REMOVAL** |
| Defendants. | |

----------------------------------------------------X
TO:    J. Robert Bratman, Esq.
        Stark & Stark
        993 Lenox Drive, Building 2
        P.O. Box 5315
        Princeton, New Jersey 08543
        **Attorney for Plaintiff**

S I R S:

PLEASE TAKE NOTICE, that defendant, ROWE MACHINERY, INC., in the above-entitled action, has on this 11th day of June, 2019, removed this action to the Newark Vicinage of the United States District Court for the District of New Jersey, by filing a Notice of Removal, a copy of which is annexed hereto, in the Office of the Clerk of the United States District Court for the District of New Jersey, 50 Walnut Street, Newark, New Jersey 07102, and in the Office of

the Clerk of the Superior Court of New Jersey, County of Essex, at 50 West Market Street,

Newark, New Jersey.

BARRETT LAZAR, LLC
Attorneys for Defendant,
ROWE MACHINERY, INC.

By: _____

Dated:  June 11, 2019          E. Michael Garrett, Jr., Esq. (8913)

E. Michael Garrett, Jr., Esq. (021431996)
BARRETT LAZAR, LLC
145 West Passaic Street
Maywood, New Jersey 07607
Tel.: 201-843-5900
Attorneys for Defendants,
ROWE MACHINERY, INC.

---------------------------------------------------X

JEAN R. DESIR and WILENE DESIR
(h/w),

                  Plaintiffs,

    vs.

KENNIE REID, ROWE MACHINERY,
INC., ABC COMPANIES 1-5 (fictitious
designations), DEF CORPS 1-5 (fictitious
designations), XYZ ENTITIES 1-5
(fictitious designations) and JOHN DOES
1-10 (fictitious designations)

                  Defendants.

---------------------------------------------------X

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION : ESSEX COUNTY
DOCKET NUMBER: ESX-L-3036-19

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. Sections 1441 and 1446, defendant, ROWE MACHINERY, INC., hereby removes this action from the Superior Court of the State of New Jersey, County of Essex, Docket No. ESX-L-3036-19, to the Newark Vicinage - United States District Court for the District of New Jersey. As of the date of the filing of this Notice of Removal, defendant, KENNIE REID has not yet been served.

    1.     This Court has original jurisdiction over this action, pursuant to 28 U.S.C. Section 1332, on the ground that there is diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

    2.     Upon information and belief, Plaintiffs, JEAN R. DESIR and WILENE DESIR, reside at 55 Pinewood Drive, Town of Levittown, County of Bucks in the Commonwealth of Pennsylvania.

3.      Plaintiff commenced this action by filing a Complaint, dated April 23, 2019, in the Superior Court of the State of New Jersey, County of Essex, against defendants, KENNIE REID and ROWE MACHINERY, INC.

4.      A Summons and Complaint were served on Defendant, ROWE MACHINERY, INC. on or about May 16, 2019. (See copy of the Summons and Complaint and Plaintiff's Affidavit of Service annexed hereto collectively as **Exhibit "A")**.

5.      Defendant, ROWE MACHINERY, INC. is incorporated in the State of Alabama with its registered office located at 287 County Road 85, Haleyville, Alabama 35565 (See Alabama Secretary of State Corporation Search Result dated May 22, 2019, annexed hereto as **Exhibit "B")**.

6.      Defendant, KENNIE REID, resides at P.O. Box 3502 NA, Muscle Shoals, Alabama 35662-3502. (See Police Report annexed hereto as **Exhibit "C")**.

7.      Upon information and belief, Plaintiff, JEAN R. DESIR alleges damages which exceed $75,000.00. Based on the foregoing allegations and claims, this action is one in which the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Therefore, this action is removable under 28 U.S.C. Section 1441(a), as one over which this Honorable Court has original jurisdiction pursuant to 28 U.S.C. Section 1332(a).

8.      This Notice of Removal is filed within thirty (30) days of defendant's receipt of the Complaint, by service or otherwise, and is, therefore, timely filed pursuant to 28 U.S.C. Section 1446(b).

9.      Written notice of the filing of this Notice of Removal has been served on plaintiff's counsel and a copy of this Notice has been forwarded for filing with the Office of the Clerk of the Superior Court of the State of New Jersey, County of Essex, at 50 West Market

Street, Newark, New Jersey, to effect the removal of this action to the United States District Court, pursuant to 28 U.S.C. Section 1446(d).

WHEREFORE, Defendant, ROWE MACHINERY, INC. requests that the matter be removed from the Superior Court of the State of New Jersey, County of Essex, to this Honorable Court.

> BARRETT LAZAR, LLC
> Attorneys for Defendants,
> ROWE MACHINERY, INC.
>
> By: _____
> E. Michael Garrett, Jr., Esq. (021431996)

Dated: June 11, 2019

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   :
                      : S.S.
COUNTY OF BERGEN      :

  Dana Riccio, being duly sworn, deposes and says that deponent is not a party to the

action, is over 18 years of age and resides in New Jersey.

  On June 11, 2019, deponent served with the within Notice of Filing and Notice of

Removal via e-file on:

J. Robert Bratman, Esq.
Stark & Stark
993 Lenox Drive, Building 2
P.O. Box 5315
Princeton, New Jersey 08543
**Attorney for Plaintiff**

Essex County Courthouse
50 West Market Street
Newark, New Jersey  07102

DANA RICCIO

Sworn to and subscribed before me
this 11th day of June, 2019

E. Michael Garrett, Jr., Esq. (8913)
Attorney at Law, State of New Jersey

**Exhibit A**

STARK & STARK, A Professional Corporation
Mailing Address: PO Box 5315, Princeton, NJ 08543
Office Location: 993 Lenox Drive, Lawrenceville, NJ 08648
(609) 896-9060
J. Robert Bratman, Esq., Attorney ID#: 03326-1986
Attorneys for Plaintiff(s) Jean R. Desir

| | |
|---|---|
| JEAN R. DESIR and WILENE DESIR | SUPERIOR COURT OF NEW JERSEY ESSEX COUNTY LAW DIVISION |
| Plaintiff(s), | Docket No. ESX-L-003036-19 |
| vs. | CIVIL ACTION SUMMONS |
| KENNIE REID, ROWE MACHINERY, INC, et al. | |
| Defendant(s). | |

**From The State of New Jersey to The Defendant(s) Named Above: Rowe Machinery, Inc**

The plaintiff named above has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the Deputy Clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each Deputy Clerk of the Superior Court is available in the Civil Division Management Office in the County listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey, and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney, whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages, or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live, or the Legal Services of New Jersey Statewide Hotline, at 1-888-LSNJ-LAW(1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at njcourts.gov/forms/10153_deptyclerklawref.pdf.

Clerk of the Superior Court

STARK & STARK
ATTORNEYS AT LAW

DATED: May 10, 2019

Name of Defendant to be served:   Rowe Machinery, Inc c/o William L. Rowe, reg. agent
Address of Defendant to be served: 287 County Rd 85, Haleyville, AL 35565

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Direct Filing
1201 Bacharach Blvd., First Fl.
Atlantic City, NJ 08401

LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division, Room 115
Justice Center, 10 Main St.
Hackensack, NJ 07601

LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court
Central Processing Office
Attn: Judicial Intake
First Fl., Courts Facility
49 Rancocas Rd.
Mt. Holly, NJ 08060

LAWYER REFERRAL
(609) 261-4862
LEGAL SERVICES
(800) 496-4570

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court
Civil Processing Office
Hall of Justice
1st Fl., Suite 150
101 South 5th Street
Camden, NJ 08103

LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court
9 N. Main Street
Cape May Court House, NJ 08210

LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
60 West Broad Street
P.O. Box 10
Bridgeton, NJ 08302

LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court
Civil Customer Service
Hall of Records, Room 201
465 Dr. Martin Luther King Jr. Blvd.
Newark, NJ 07102

LAWYER REFERRAL
(973) 622-6204
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 North Broad Street
Woodbury, NJ 08096

LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court
Superior Court, Civil Records Dept.
Brennan Court House—1st Floor
583 Newark Ave.
Jersey City, NJ 07306

LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
65 Park Avenue
Flemington, NJ 08822

LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court
Local Filing Office, Courthouse
175 S. Broad Street, P.O. Box 8068
Trenton, NJ 08650

LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Middlesex Vicinage
2nd Floor - Tower
56 Paterson Street, P.O. Box 2633
New Brunswick, NJ 08903-2633

LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court
Court House
P.O. Box 1269
Freehold, NJ 07728-1269

LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Morris County Courthouse
Civil Division
Washington and Court Streets
P. O. Box 910
Morristown, NJ 07963-0910

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court
118 Washington Street, Room 121
P.O. Box 2191
Toms River, NJ 08754-2191

LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
Court House
77 Hamilton Street
Paterson, NJ 07505

LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 523-2900

**SALEM COUNTY:**
Deputy Clerk of the Superior Court
Attn: Civil Case Management Office
92 Market Street
Salem, NJ 08079

LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court
Civil Division
P.O. Box 3000
40 North Bridge Street
Somerville, N.J. 08876

LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court
1st Fl., Court House
2 Broad Street
Elizabeth, NJ 07207-6073

LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court
Civil Division Office
Court House
413 Second Street
Belvidere, NJ 07823-1500

LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(908) 475-2010

ESX-L-003036-19   04/23/2019 10:50:56 AM  Pg 1 of 43 Trans ID: LCV2019709532

STARK & STARK
A Professional Corporation
Attorneys at Law
Princeton Pike Corporate Center
993 Lenox Drive, Building 2
P.O. Box 5315
Princeton, New Jersey 08543-5315
(609) 896-9060
By: J. Robert Bratman (03326-1986)
**Attorneys for Plaintiffs**

|  |  |
|---|---|
| JEAN R. DESIR and WILENE DESIR (h/w) | SUPERIOR COURT OF NEW JERSEY<br>ESSEX COUNTY<br>LAW DIVISION |
| Plaintiffs | Docket No. ESX-L-00 3 036-19 |
| vs. | CIVIL ACTION |
| KENNIE REID; ROWE MACHINERY, INC; ABC COMPANIES 1-5 (fictitious designations); DEF CORPS 1-5 (fictitious designations); XYZ ENTITIES 1-5 (fictitious designations); and JOHN DOES 1-10 (fictitious designations) | COMPLAINT AND<br>JURY DEMAND<br><br>DEMAND FOR ANSWERS<br>TO INTERROGATORIES |
| Defendants |  |

Plaintiff, JEAN R. DESIR and WILENE DESIR (h/w), residing at 55 Pinewood Drive, in the Town of Levittown, County of Bucks, and Commonwealth of Pennsylvania, by way of Complaint, say:

## FIRST COUNT

STARK & STARK
A PROFESSIONAL CORP.
ATTORNEYS AT LAW
PO BOX 5315
PRINCETON, NJ 08543-5315

4638-5959-2213 v 1

ESX-L-003036-19   04/23/2019 10:50:56 AM Pg 2 of 43 Trans ID: LCV2019709532

1.    On or about June 20, 2017, Plaintiff, JEAN R. DESIR, was operating a motor vehicle on the New Jersey Turnpike, traveling in a southerly direction, near milepost 119.4, in/near the City of Newark, County of Essex, and State of New Jersey.

2.    At or about the same time and place, Defendants, ROWE MACHINERY, INC; ABC COMPANIES 1-5; DEF CORPS 1-5; and XYZ ENTITIES 1-5 (fictitious designations), were the owners of a tractor-trailer which was being operated by Defendant, KENNIE REID, and/or JOHN DOES 1-10 (fictitious designations) as agent, servant, and/or employees of Defendants, ROWE MACHINERY, INC; ABC COMPANIES 1-5; DEF CORPS 1-5; and XYZ ENTITIES 1-5 (fictitious designations), and/or otherwise with the knowledge, consent and/or permission of Defendants, ROWE MACHINERY, INC; RYDER TRUCK RENTAL; ABC COMPANIES 1-5; DEF CORPS 1-5; and XYZ ENTITIES 1-5 (fictitious designations), on the New Jersey Turnpike, traveling in a southerly direction, near milepost 119.4, near/in the City of Newark, County of Essex, and State of New Jersey.

3.    At present, the identities of Defendants, ABC COMPANIES 1-5; DEF CORPS 1-5; XYZ ENTITIES 1-5; and JOHN DOES 1-10, are unknown. As such, "ABC COMPANIES 1-5; DEF CORPS 1-5; XYZ ENTITIES 1-5; and JOHN DOES 1-10", are fictitious designations, representing one or more individuals, sole proprietorships, associations, limited partnerships, general partnerships, limited liability companies and/or corporations, which in any way owned, possessed, controlled, entrusted, leased, rented, insured, hired, inspected, and/or maintained the subject vehicle which caused or contributed to the accident at issue herein, or who were otherwise responsible, in whole or in part, for the said accident or the injuries sustained by the Plaintiff.

4.    At all times material hereto, Defendants, ROWE MACHINERY, INC; KENNIE REID; ABC COMPANIES 1-5; DEF CORPS 1-5; XYZ ENTITIES 1-5; and JOHN DOES 1-10

STARK & STARK
A TOKKNEE AT LAW
PRINCIPLE ADDRESS
215 824-6764
PRINCETON, NEW JERSEY 2

4838-6959-2213 v 1

(fictitious designations) so negligently owned, operated, parked, maintained, insured, entrusted and/or hired for, their vehicles, so as to cause a collision. Such negligent activities include, but are not limited to the following:

  a)  Operating a vehicle in violation of 49 CRF 392.3 when his ability or alertness is impaired likely to become so due to fatigue, illness or other causes;

  b)  Consciously disregarding the rights and interests of others on the roadways;

  c)  Operating a vehicle at an excessive rate of speed under the circumstances;

  d)  Failing to maintain proper and safe control of defendants' vehicle;

  e)  Failing to maintain such control of defendants' vehicle so as to have it in a position to avoid contact with other vehicles;

  f)  Failing to bring the vehicle to a stop before striking the Plaintiff's vehicle;

  g)  Failing to maintain a proper and safe lookout for traffic and road conditions then and there existing;

  h)  Failing to observe safe driving precautions and procedures under the circumstances;

  i)  Failing to obey traffic signals, controls, signs and warnings then and there existing;

  j)  Operating defendants' vehicle in violation of the ordinances, laws and statutes of the State of New Jersey and County of Essex;

  k)  Operating defendants' vehicle in violation of the odinances, laws, statutes, and requirements of federal law and of the Federal Motor Carrier Safety Administration;

STARK & STARK
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315

-3-

4638-6859-2213. v 1

ESX-L-003036-19   04/23/2019 10 50.56 AM  Pg 4 of 43 Trans ID: LCV2019709532

l) Failing to ensure that other vehicles had adequate maneuvering room to avoid hitting the stopped vehicle;

m) Operating his vehicle without adequate training and experience;

n) Operating his vehicle in violation of hours of service rules pursuant to 49 CRF 395 et. seq.;

o) Failing to record his duty status in duplicate, for a 24 hour period prior to the accident;

p) Failing to ensure, pursuant to 49 CFR 392.7, prior to operating his vehicle that the vehicle was in safe operating condition;

q) Operating a vehicle in violation 49 CFR 391.21 for failing to disclose to his employer all prior motor vehicle accidents for a period three years prior to the accident date;

r) Otherwise failing to exercise due care for the safety of the Plaintiff, and other persons lawfully using the roadways of the State of New Jersey;

s) Operating his vehicle in a careless, negligent and reckless manner;

t) Failure to be diligent at all times.

5. As a direct and proximate result of the carelessness, recklessness, and negligence of the Defendants, ROWE MACHINERY, INC; KENNIE REID; ABC COMPANIES 1-5; DEF CORPS 1-5; XYZ ENTITIES 1-5; and JOHN DOES 1-10 (fictitious designations), as aforesaid, and their disregard for the safety of others, Plaintiff, JEAN R. DESIR, was caused to suffer severe bodily injuries, some or all of which are permanent in nature; has been caused to aggravate any pre-existing medical condition, symptomatic and/or asymptomatic, which is permanent; has been

STARK & STARK
ATTORNEYS AT LAW
PRINCETON PIKE CORPORATE CENTER
P. O. BOX 5315
PRINCETON NJ 08543-5315

4838-6859-2213, v 1

-4-

ESX-L-003036-19   04/23/2019 10:50:56 AM   Pg 5 of 43 Trans ID: LCV2019709532

caused and will be caused great pain and suffering, including significant post-traumatic stress; has been caused and will be caused to expend large sums of money for medical treatment necessary to effect a cure for his injuries; and, has been caused and will be caused to lose large sums of money due to his inability to pursue his usual occupation.

WHEREFORE, Plaintiff, JEAN R. DESIR, demands Judgment for damages generally against the Defendants, ROWE MACHINERY, INC; KENNIE REID; ABC COMPANIES 1-5; DEF CORPS 1-5; XYZ ENTITIES 1-5; and JOHN DOES 1-10 (fictitious designations), individually, jointly, severally, or in the alternative, together with interest and costs of suit.

### SECOND COUNT

1.     Plaintiff, JEAN R. DESIR, incorporates by reference the allegations contained in the previous paragraphs of the Complaint as though fully set forth herein at length.

2.     Defendants, ROWE MACHINERY, INC; ABC COMPANIES 1-5; DEF CORPS 1-5; and XYZ ENTITIES 1-5 (fictitious designations), owed the general public, including the plaintiff, a duty to determine the qualifications of its employees including but not limited to:

a)     Adequately evaluating applicants before hiring them as drivers;

b)     Adequately training and supervising these drivers;

c)     Adequately evaluating these employees' job performance so as to discharge any incompetent or negligent employee before he injured the public or property;

d)     Pursuant to 49 CFR 382.201 et. seq., 382.301 et. seq., 383.35, and 391 et. seq., conducting an adequate investigation or inquiry into the driving record of KENNIE REID and/or JOHN DOES 1-10 (fictitious designations).

STARK & STARK
ATTORNEYS AT LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON NJ 08543
4838-6959-2213, v. 1

-5-

e)      Negligently and recklessly entrusting, allowing and/or permitting defendant, KENNIE REID and/or JOHN DOES 1-10 (fictitious designations), to operate defendants' vehicle even though defendant(s) knew or should have known that defendant, KENNIE REID and/or JOHN DOES 1-10 (fictitious designations), intended to or was likely to use the aforemention vehicle in such a way that would harm another;

f)       Negligently and carelessly entrusting, allowing, and/or permitting a vehicle to be operated by someone who defendant(s) knew or should have known would violate state and federal rules, laws and guidelines regarding operation of a commercial vehicle; .

g)      Failing to create, enact, and enforce programs to ensure compliance by defendants' drivers, such as KENNIE REID and/or JOHN DOES 1-10 (fictitious designations), with federal and state rules, laws and statutes regarding operation of commercial vehicles;

h)      Failing to create, enact and enforce programs to ensure compliance by defendants' drivers, such as KENNIE REID and/or JOHN DOES 1-10 (fictitious designations),with the FMCSA Hours of Service regulations;

i)       Failing to ensure defendants' driver, KENNIE REID and/or JOHN DOES 1-10 (fictitious designations), complied with federal and state rules, laws and statutes regarding the operation of commercial vehicles, including FMCSA Hours of Service regulations;

STARK & STARK
4838-6969-2213, v. 1

j)   Failing to establish an effective HOS monitoring and compliance system for its drivers;

k)   Failing to monitor defendant, KENNIE REID and/or JOHN DOES 1-10 (fictitious designations), to ensure he was complying with HOS rules and applicable federal and state laws, rules and regulations;

l)   Failing to enforce and monitor driving time limits;

m)   Failing to ensure its driver, KENNIE REID and/or JOHN DOES 1-10 (fictitious designations), was sufficiently rested before operating defendants' vehicle at the time and place aforesaid;

n)   Employing a driver that operated a commercial vehicle in violation of the hours of service;

3.   Defendants, ROWE MACHINERY, INC; ABC COMPANIES 1-5; DEF CORPS 1-5; and XYZ ENTITIES 1-5 (fictitious designations), breached these duties to the general public, including the plaintiff, by its negligent and careless training, hiring, monitoring, supervision, and retention of KENNIE REID and/or JOHN DOES 1-10 (fictitious designations), who was unqualified, incompetent, and/or negligent and careless.

WHEREFORE, Plaintiff JEAN R. DESIR, demands judgment against defendants ROWE MACHINERY, INC; ABC COMPANIES 1-5; DEF CORPS 1-5; and XYZ ENTITIES 1-5, for damages, attorneys' fees and costs, interest and other just and equitable relief.

## THIRD COUNT

1.   Plaintiff, WILENE DESIR, is the wife of Plaintiff, JEAN R. DESIR.

2.   Plaintiff, WILENE DESIR, repeats all of the Paragraphs of the First and Second

STARK & STARK
A PROFESSIONAL LAW
MAILING ADDRESS
PO BOX 5315
PRINCETON, NJ 08543-5315
4835-6959-2213, v. 1

-7-

Counts of this Complaint and makes them a part hereof.

3.    As a further direct and proximate result of the carelessness, recklessness, and negligence of the Defendants, ROWE MACHINERY, INC; KENNIE REID; ABC COMPANIES 1-5; DEF CORPS 1-5; XYZ ENTITIES 1-5; and JOHN DOES 1-10 (fictitious designations), and their disregard for the safety of others, Plaintiff, WILENE DESIR, has been caused and will be caused to lose the services of her dear husband, and has been caused and will be caused to suffer loss of consortium.

WHEREFORE, Plaintiff, WILENE DESIR, demands Judgment for damages generally against the Defendants, ROWE MACHINERY, INC; KENNIE REID; ABC COMPANIES 1-5; DEF CORPS 1-5; XYZ ENTITIES 1-5; and JOHN DOES 1-10 (fictitious designations), individually, jointly, severally, or in the alternative, together with interest and costs of suit.

STARK & STARK
A Professional Corporation
Attorneys for Plaintiff

By: _____
J. ROBERT BRATMAN

## JURY DEMAND

Plaintiffs, JEAN R. DESIR and WILENE DESIR, hereby demands a trial by jury as to all issues.

## CERTIFICATION OF OTHER ACTIONS/PARTIES

Pursuant to the provisions of Rule 4:5-1, the undersigned attorney certifies that this matter is not the subject of any other action pending in any court or arbitration proceeding, nor is any

STARK & STARK
AT-WAGERS-AT-LAW
MACNO ADEALS
WE POA L2BE
PRINCETON NJ 08543-5315
4838-6959-2213, v. 1

-8-

other action or arbitration proceeding contemplated, and all known necessary parties have been joined in this action.

## CERTIFICATION OF COMPLIANCE WITH R.1:38-7(e)(1)

Pursuant to R. 1:38-7(b), all confidential identifiers of the parties to this action have or will be redacted from all documents or pleadings submitted to the court.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of Rule 4:25-4 the Court is advised that J. ROBERT BRATMAN is hereby designated as trial counsel.

## DEMAND FOR ANSWERS TO INTERROGATORIES & SUPPLEMENTAL INTERROGATORIES

*Plaintiffs, JEAN R. DESIR and WILENE DESIR, demand that Defendants, KENNIE REID and ROWE MACHINERY, INC, provide answers to interrogatories as follows:*

*FORM C and FORM C(1) UNIFORM INTERROGATORIES as set forth in Appendix II of the New Jersey Court Rules effective September 1, 2006*

*SUPPLEMENTAL INTERROGATORIES #1-9.*

STARK & STARK
A Professional Corporation
Attorneys for Plaintiff

By: _____
J. ROBERT BRATMAN

Dated:   April 22, 2019

STARK & STARK
ATTORNEYS AT LAW
993 LENOX DRIVE
PO BOX 5315
PRINCETON NJ 08543-5315

4838-8959-2213, v. 1

-9-

| | |
|---|---|
| JEAN R. DESIR AND WILENE DESIR     Plaintiff<br>vs.<br>KENNIE REID, ET AL     Defendant | Superior Court of New Jersey<br>Law Division<br>Essex County<br>Docket Number: ESX-L-003036-19 |

**Person to be served** (Name & Address):
ROWE MACHINERY, INC.
C/O WILLIAM L.ROWE, REGISTERED AGENT
287 COUNTY ROAD 85
HALEYVILLE, AL 35565

**Attorney:**
J. ROBERT BRATMAN, ESQ.

**AFFIDAVIT OF SERVICE**

(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Papers Served:** Summons, Complaint, Jury Demand, Demand for Answers to Interrogatories, Certification Of Compliance With Rule 1:38-7(c)(1), Designation Of Trial Counsel, Demand For Answers To Interrogatories & Supplemental Interrogatories, Demand For Discovery of Insurance Coverage, Supplemental Auto Interrogatories, Certification, Notice To Produce, CIS, Track Assignment Notice

**Service Data:**

Served Successfully __X__    Not Served_____    Date: 5/16/2019     Time: 10:30 am       Attempts:_____

| | |
|---|---|
| _____ Delivered a copy to him / her personally | Name of Person Served and relationship / title: |
| _____ Left a copy with a competent household member over 14 years of age residing therein | JOSHUA PHILIP RITCHIE |
| __X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. | AGENT/MANAGING AGENT |

**Description of Person Accepting Service:**

Sex: M    Age: 28    Height: 6'    Weight: 245    Skin Color: WHITE       Hair Color: BROWN

**Comments or Remarks:**

**Server Data:**

Subscribed and Sworn to before me on ____5/16/ 2019
by the affiant who is personally known to me.

_William J Cirullo_
NOTARY PUBLIC     exp. 4/16/2022

I, ED TOWNSEND, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_Ed Townsend_     5/16/2019
Signature of Process Server     Date

STATUS, L.L.C.
1509 Stuyvesant Avenue
Union, NJ 07083
(908) 688-1414
Our Job Serial Number: STS-2019019979
Ref: NA

# Exhibit B

Business Entity Records | Alabama Secretary of State

Page 1 of 2

 **Alabama Secretary of State**



| Rowe Machinery, Inc. | |
|---|---|
| Entity ID Number | 107 – 585 |
| Entity Type | Domestic Corporation |
| Principal Address | HALEYVILLE, AL |
| Principal Mailing Address | Not Provided |
| Status | Exists |
| Place of Formation | Winston County |
| Formation Date | 12-23-1985 |
| Registered Agent Name | ROWE, WILLIAM L |
| Registered Office Street Address | 287 COUNTY RD 85 HALEYVILLE, AL 35565 |
| Registered Office Mailing Address | Not Provided |
| Nature of Business | TRUCKING |
| Capital Authorized | $1,000 |
| Capital Paid In | --- |
| **Incorporators** | |
| Incorporator Name | ROWE, WILLIAM L |
| Incorporator Street Address | Not Provided |
| Incorporator Mailing Address | Not Provided |
| **Annual Reports** | |
| Annual Report information is filed and maintained by the Alabama Department of Revenue. If you have questions about any of these filings, please contact Revenue's Business Privilege Tax Division at 334-242-1170 or www.revenue.alabama.gov. The Secretary of State's Office cannot answer questions about or make changes to these reports. | |
| Report Year | 1988 1989 1990 1991 1992 1993 1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014 2015 2016 2017 2018 2019 |
| **Transactions** | |
| Transaction Date Articles Of Corrections | 1-27-1986 CORRECTING REGISTERED OFFICE |
| Transaction Date Legal Name Changed From | 6-6-1989 William L. Rowe Machinery Salvage & Sales Co., Inc. |

http://arc-sos.state.al.us/cgi/corpdetail.mbr/detail?corp=107585&page=name&file=&type=...  5/22/2019

Business Entity Records | Alabama Secretary of State                                  Page 2 of 2

| Rowe Machinery, Inc. | |
|---|---|
| Transaction Date | 8-26-1996 |
| Legal Name Changed From | Wm. L. Rowe Machinery Salvage & Sales, Inc. |
| Transaction Date | 9-8-2008 |
| Registered Agent Changed From | ROWE, WILLIAM L<br>PO BOX 818<br>HWY 195 E FORKVILLE COMMUNITY<br>HALEYVILLE, AL 35565 |
| **Scanned Documents** | |
| Purchase Document Copies | |
| Document Date / Type / Pages | 12-23-1985    Certificate of Formation    5 pgs. |
| Document Date / Type / Pages | 1-27-1986    Articles of Correction    3 pgs. |
| Document Date / Type / Pages | 6-6-1989    Legal Name Change    5 pgs. |
| Document Date / Type / Pages | 8-26-1996    Legal Name Change    3 pgs. |
| Document Date / Type / Pages | 9-8-2008    Registered Agent Change    1 pg. |

Browse Results     New Search

# Exhibit C

New Jersey Police Crash Investigation Report

| 96 01 | Page 1 | 9 Equipment |
|---|---|---|

| 1 Case Number | 10 Crash Occurred On: NJTP NSX | Dir S 5 | 11 Speed Limit |
| D030-2017-02003A | | | 1 1 9 . 4 0 |

| 2 Police Dept of | Code 02 | Road Name | 12 Route No. | Suffix | 13 Milepost |
| STATE POLICE | | | | | 18 Speed Limit |

| 3 Station/Precinct | At Intersection with | Feet | ☐N ☐E | | |
| NEWARK | | Miles | ☐S ☐W of: | | |

| 4 Date of Crash | 5 Day of Week | 6 Time (use 2400 hrs.) | 7 Municipality Code | 8 Total Killed | 9 Total Injured | 21 Latitude | 20 Route/Name | 22 Longitude |
| 06 20 17 | Tu | 0608 | 0260 | - - | - - | 4 0 . 8 6 8 2 1 | - 7 4 . 0 0 4 0 2 |

| 23 Veh No | 24 Policy No. | 25 Ins Code | 53 Veh No | 54 Policy No. | 55 Ins Code |
| V1 | Z-35726-38 | 99 | V2 | CT750703003 | 99 |

| 26 Driver's First Name | Initial | Last Name | 29 Sex | 56 Driver's First Name | Initial | Last Name | 59 Sex |
| JEAN | R | DESIR | M | KENNIE | | REID | M |

| 27 Number & Street | 57 Number & Street |
| 55 PINEWOOD DR | PO BOX3502 NA |

| 28 City | State | Zip | 58 City | State | Zip |
| LEVITTOWN | PA | 19054 | MUSCLE SHOALS | AL | 35662-3502 |

| 30 Eyes | DL Class | Restrictions | Endorsements | 31 State | 60 Eyes | DL Class | Restrictions | Endorsements | 61 State |
| 02 | A | - | - | PA | 02 | A | - | - | AL |

| 32 Driver's License Number | 33 DOB mm dd yy | 34 Expires mm yy | 62 Driver's License Number | 63 DOB mm dd yy | 64 Expires mm yy |
| 27972361 | 09 08 67 | 09 19 | 8630035 | 11 21 72 | 04 20 |

| 35 Owner's First Name | Initial | Last Name | 65 Owner's First Name | Initial | Last Name |
| ☐ Same As Driver | RYDER TRUCK RENTAL INC | ☐ Same As Driver | ROWE MACHINERY INC |

| 36 Number & Street | 66 Number & Street |
| 3100 INDUSTRIAL PKWY | PO BOX 818 |

| 37 City | State | Zip | 67 City | State | Zip |
| JEFFERSONVILLE | IN | 47130 | HALEYVILLE | AL | 35565 |

| 38 Make | 39 Model | 40 Color | 41 Year | 42 Plate No. | 43 State | 68 Make | 69 Model | 70 Color | 71 Year | 72 Plate No. | 73 State |
| FRHT | TR | WHI | 2015 | 2642447 | IN | FRHT | W900 | GLD | 2017 | DN005853 | AL |

| 44 VIN | 45 Expires | 74 VIN | 75 Expires |
| 1FUJGEBG3FLGH2057 | 10 17 | 1XKWD49X8HJ148543 | 01 18 |

| 46 Vehicle Removed To | 76 Vehicle Removed To |
| | TUMINO'S TOWING AID #37 |

| ☒ Driven | ☐ Towed Disabled | ☐ Towed Disabled & Impounded | ☐ Driven | ☒ Towed Disabled | ☐ Towed Disabled & Impounded |
| ☐ Left at Scene | ☐ Towed Impounded | | ☐ Left at Scene | ☐ Towed Impounded | |

| 47 Authority | 77 Authority |
| ☒ Owner | ☐ Driver | ☐ Police | ☐ Owner | ☐ Driver | ☒ Police |

| 48 Alcohol Drug Test | 49 Hazardous Material | 78 Alcohol Drug Test | 79 Hazardous Material |
| Given: ☒ No ☐ Yes ☐ Refused | ☒ None ☐ On Board ☐ Spill | Given: ☒ No ☐ Yes ☐ Refused | ☒ None ☐ On Board ☐ Spill |
| Type: ☐ Breath ☐ Blood ☐ Urine | | Type: ☐ Breath ☐ Blood ☐ Urine | |
| Results: 0.___ % ☐ Pending | Hazard Class / Placard No. | Results: 0.___ % ☐ Pending | Hazard Class / Placard No. |

| 50 Carrier No. | 51 GVWR / GCWR (trucks or buses only) | 80 Carrier No. | 81 GVWR / GCWR (trucks or buses only) |
| ☒ USDOT 2135472 ☐ None | ☐ ≤ 10,000 lbs | ☒ USDOT 198129 ☐ None | ☐ ≤ 10,000 lbs |
| ☐ MC/MX | ☐ 10,001 - 26,000 lbs | ☐ MC/MX | ☐ 10,001 - 26,000 lbs |
| | ☒ ≥ 26,001 lbs | | ☒ ≥ 26,001 lbs |

| 52 Motor Carrier or Government Entity | 82 Motor Carrier or Government Entity |
| TIS LOGISTICS INC | ROWE MACHINERY INC |

| Number & Street | Number & Street |
| 449 S PENNSYLVANIA AV | PO BOX 818 |

| City | State | Zip | City | State | Zip |
| MORRISVILLE | PA | 19067 | HALEYVILLE | AL | 35565 |

| 135 Damage To Other Property |
| |

| Oper. | 136 Charge | 137 Summons No. | Oper. | 138 Charge | 139 Summons No. |
| Oper. | 140 Charge | 141 Summons No. | Oper. | 142 Charge | 143 Summons No. |

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | V1 | 01 | 01 | - | 49 | M | - | - | - | 04 | 04 | - | - | JEAN R DESIR 55 PINEWOOD DR, LEVITTOWN, PA 19054 |
| B | V2 | 01 | 01 | - | 44 | M | - | - | - | 04 | 04 | - | - | KENNIE REID PO BOX3502 NA, MUSCLE SHOALS, AL 35662 |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |

NJTR-1 (Rev. 01/17)

6330

| New Jersey Police Crash Investigation Report | Case Number D030-2017-02003A | Page __2__ of __3__ |
|---|---|---|

Driver #1 stated in effect: I stopped in traffic and was hit.
Driver #2 stated in effect: With the sun glare and his low brake lights I didn't see he was stopping until it was too late.
The investigation revealed: Vehicles #1 and #2 were traveling on the NJTP NS95X roadway in the area of MP 119.4. Both vehicles were traveling in the right lane when Vehicle #1 stopped in traffic and was struck by Vehicle #2. Minor damage was observed to the rear of Vehicle #1. Vehicle #2 sustained significant damage to its front right.

Page #1, Box #25: OLD REPUBLIC INS CO IL
Page #1, Box #55: SENTRY SELECT INSURANCE CO AL

| New Jersey Police<br>**Crash Investigation Report** | Case Number<br>D030-2017-02003A | |
|---|---|---|
| | | Page __3__ of __3__ |

NS95X MP 119.4
TEANECK TWP
BERGEN COUNTY

Not To Scale

V #1

V #2

P.O.I.

| 146. Officer's Signature | | | | |
|---|---|---|---|---|
| *Michael Kelly* | | | | |
| TPR. M G KELLY | 147. Badge #<br>7640 | 148. Reviewer<br>LS | Badge #<br>6284 | 149. Case Status<br>☐ Pending  ☒ Complete |

NJTR-1 (Rev. 01/17)